ANN ELIZA HUNTER, Respondent, *v.* MARY JANE HATFIELD et al., Appellants.

(Argued March 26, 1878; decided April 2, 1878.)

REPORTED below, 12 Hun, 381.

*W. H. Robertson* for motion.

*I. T. Williams* opposed.

*Per Curiam* opinion for dismissal of appeal, because of default in not having given requisite undertaking.

All concur, except MILLER, J., absent.

Judgment affirmed.